The ALBANY INSURANCE COMPANY *against* LANSING and
others.

A mortgage, after describing the premises, contained an *exception* of
such village lots as have been, or may be, laid out by the mortgagor
within certain limits, so that the whole of the said lots do not
exceed 50 acres. The mortgage was recorded the 13th of *October*,
1817; and on the 29th of *April*, 1820, the mortgagor released to
the mortgagees his right under the exception, beyond ten acres in
extent, or any buildings erected on the same, &c. On a bill for a
foreclosure, a creditor, having a judgment against the mortgagor,
of the 25th of *April*, 1820, claimed the whole 50 acres, as not in-
cluded in the mortgage: *Held*, that the 50 acres were included in
the mortgage, subject to the election and appropriation of the
mortgagor, who was bound to make his election in a reasonable
time ; and if his power was not exercised before the commencement
of the suit, he must be deemed to have waived the exception. And
the Master was directed to ascertain what village lots had been
laid out by the mortgagor before the suit, and to exempt them
from the sale, provided they did not include more than ten acres in
quantity, nor include any buildings, &c:

*April 4th.*   BILL to foreclose a mortgage upon two separate par-
cels of land in *Scoharie* county. Each parcel was de-
scribed by metes and bounds, and then followed this ex-
ception : " *Excepting* out of the said parcels such village
lots as have been, or may be, laid out by the said mort-
gagor within half a mile of his toll bridge on the said
premises across the *Scoharie* creek, so that the whole of
the said lots shall not exceed 50 acres." The mortgage
was registered the 13th of *October*, 1817. On the 29th of
*April*, 1820, the mortgagor released to the plaintiffs his
right and interest under the exception, so far as the same
exceeded ten acres in extent, or any buildings erected on
the same, with the garden grounds appurtenant thereto.

P. P. Goelet, one of the defendants, was a judgment

creditor of the mortgagor, and his judgment was docketted on the 25th of *April*, 1820; and he claimed the whole of the 50 acres, as not covered by the mortgage, and as subject to his lien.

*Parker*, for the plaintiffs.

*Henry*, for the defendant *Goelet*.

THE CHANCELLOR. The 50 acres were included in the mortgage, and made subject to the election and appropriation of the mortgagor, and the grant of them was liable to be defeated by matter subsequent. Unless the lots were actually laid out, the exception did not operate to defeat or impair the grant of the entire parcel, as the whole was conveyed subject to such election and power. The election ought to be made in a reasonable time; and if not made, the exception had no operation, except as to lots then actually laid out. If the mortgagor did not avail himself of this power by the time of the commencement of the suit, he must be deemed to have waived it; for the exception extended only to such parts of the premises, not exceeding 50 acres, as had been, or should be, laid out into lots. This power was likewise reduced to the limits of 10 acres by the subsequent release, and the subsequent judgment creditor can have no right equal to that of the mortgagee, except as to the lots so laid out.

The following direction was inserted in the usual decree for the sale of the mortgaged premises :

" That the master, previous to the sale, inquire and ascertain whether any, and if any, how many village lots, within the limits and extent prescribed in the mortgage, had been laid out by the mortgagor before the commencement of the suit ; and that he ascertain and describe those lots, which may have been so laid out, by metes and bounds ; provided always, that the same, when so as-

certained, shall not include more than ten acres of land in quantity, nor include any buildings erected thereon, or any garden grounds appurtenant thereto, and that, at the sale, the lots, if any, so ascertained and described under the above limitations, be exempted from the sale, as not covered by the mortgage, and that the Master make report of the lots he shall so describe."